UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRANDON D.,

                          Plaintiff,

                                                           5:19-CV-1275

      v.                                                      (DJS)

ANDREW M. SAUL, *Comm'r of Soc. Sec.*,

                          Defendant.
_____

**APPEARANCES:**                                    **OF COUNSEL:**

OLINSKY LAW GROUP                HOWARD OLINSKY, ESQ.
Attorney for Plaintiff
250 South Clinton Street
Ste 210
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION   CANDACE LAWRENCE, ESQ.
Attorney for Defendant
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

      The Complaint in this action was filed October 16, 2019. Dkt. No. 1. The parties then stipulated to remand the matter to the Social Security Administration for further proceedings. Dkt. No. 11. Plaintiff has now filed a Motion for Attorneys' Fees under the Equal Access to Justice Act. Dkt. No. 13. The Motion seeks that the fee award be paid directly to counsel. *Id.* Defendant does not oppose the Motion. Dkt. No. 14.

Based on the foregoing, Plaintiff is awarded attorneys' fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, *et seq.*) in the amount of $4,975.01.  It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff.  *See* Dkt. No. 13-6.

**IT IS SO ORDERED**.

Dated: September 23, 2020
         Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge