# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Brandon M. Dine**

       Plaintiff(s)

vs.                           **CASE NUMBER: 5:19-cv-1275 (DJS)**

**Commissioner of Social Security**

       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff is awarded attorneys fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412), et seq.) in the amount of $4,975.01. It is further ordered that the payments will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff.

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 23rd day of September, 2020.

DATED: September 23, 2020

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk